JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>        Plaintiff,<br><br>  v.<br><br>CLAIRE H. ALMQUIST, in individual and representative capacity as trustee of the 2002 Gary and Claire Almquist Family Trust dated March 18, 2002; and Does 1-10,<br><br>        Defendant. | Case No.: 8:20-CV-01041-DOC-KES<br><br>**ORDER** [11] |

### ORDER

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

*David O. Carter*

Dated: October 13, 2020

                                                HONORABLE DAVID O. CARTER
                                                United States District Judge